```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 08 B 17353
   JIMMIE FULLER
   VALERIE FULLER                               CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7663    SSN XXX-XX-9132


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/03/2008 and was confirmed 09/24/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   14.00%.

     The case was dismissed after confirmation 01/14/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------------
MEADOWS CU                 SECURED VEHIC   3474.00            .00          92.00
US BANK NATIONAL ASSOC     CURRENT MORTG      .00             .00            .00
US BANK NATIONAL ASSOC     MORTGAGE ARRE  18524.35            .00            .00
AMERICAN GENERAL FINANCE   UNSECURED      NOT FILED           .00            .00
AMERICAN GENERAL FINANCE   UNSECURED      NOT FILED           .00            .00
CAPITAL ONE                UNSECURED      NOT FILED           .00            .00
VILLAGE OF ALSIP           UNSECURED      NOT FILED           .00            .00
CAPITAL RECOVERY II        UNSECURED       1388.48            .00            .00
HSBC                       UNSECURED       2203.77            .00            .00
ILLINOIS COLLECTION SE     UNSECURED      NOT FILED           .00            .00
RADIOLOGY CENTER SC        UNSECURED      NOT FILED           .00            .00
RADIOLOGY CENTER SC        UNSECURED      NOT FILED           .00            .00
RADIOLOGY CENTER SC        UNSECURED      NOT FILED           .00            .00
ST JAMES HOSPITAL          UNSECURED      NOT FILED           .00            .00
ST JAMES HOSPITAL          UNSECURED      NOT FILED           .00            .00
ST JAMES HOSPITAL          UNSECURED      NOT FILED           .00            .00
NICOR GAS                  UNSECURED        610.90            .00            .00
CAPITAL ONE                UNSECURED       1945.76            .00            .00
REVENUE CYCLE              UNSECURED      NOT FILED           .00            .00
WELLS FARGO FINANCIAL IL   UNSECURED      NOT FILED           .00            .00
MEADOWS CU                 UNSECURED       5211.51            .00            .00
CONTESSA FULLER            NOTICE ONLY    NOT FILED           .00            .00
INTERNAL REVENUE SERVICE   PRIORITY        3327.00            .00            .00
ROUNDUP FUNDING LLC        UNSECURED       3294.22            .00            .00
US BANK NATIONAL           MORTGAGE NOTI  NOT FILED           .00            .00
COMMONWEALTH EDISON        UNSECURED        358.23            .00            .00
MIDWEST PHYSICIANS GROUP   UNSECURED       1705.00            .00            .00
LVNV FUNDING               UNSECURED       1483.85            .00            .00
FINGERHUT DIRECT MARKETI   UNSECURED        158.65            .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY    2,844.00                         120.64
TOM VAUGHN                 TRUSTEE                                          17.36
DEBTOR REFUND              REFUND                                             .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 17353 JIMMIE FULLER & VALERIE FULLER
```

```
     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      230.00

PRIORITY                                             .00
SECURED                                            92.00
UNSECURED                                            .00
ADMINISTRATIVE                                    120.64
TRUSTEE COMPENSATION                               17.36
DEBTOR REFUND                                        .00
                         ---------------      ---------------
TOTALS                       230.00                230.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


     Dated: 03/05/09                    /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE